## Alfred THOMPSON v. STATE.
### No. 14066.

Court of Criminal Appeals of Texas.
Jan. 14, 1931.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

### MORROW, P. J.

The conviction is for the unlawful possession of still and equipment for the manufacture of intoxicating liquors; penalty, confinement in the penitentiary for one year.

The indictment is regular. The record is before this court without statement of facts and bills of exception. A plea of guilty was entered. No fundamental error has been perceived.

The judgment is affirmed.

### JONES v. STATE.
### No. 14035.

Court of Criminal Appeals of Texas.
Jan. 14, 1931.

L. M. Cox and Gordon M. Burns, both of Huntsville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

### CALHOUN, J.

Offense, murder; penalty, five years in the penitentiary.

The record in this case is here without either a statement of facts or any bill of exception, and presents nothing for review.

The judgment is affirmed.

### PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

### SMART v. STATE.
### No. 14077.

Court of Criminal Appeals of Texas.
Jan. 14, 1931.

See, also, 27 S.W.(2d) 813.

J. Lee Cearley, of Cisco, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

### CALHOUN, J.

Offense, burglary; penalty, two years in the penitentiary.

The record in this case is here without either a statement of facts or any bill of exception, and presents nothing for review.

We note, however, that the verdict of the jury and judgment of the court find the appellant guilty and assess his punishment at two years in the penitentiary, while the sentence assesses his punishment at "confinement in the penitentiary for a term of not less than two nor more than three years." The sentence will therefore be reformed to conform with the verdict and judgment, and, as so reformed, the cause will be affirmed.

Affirmed.

### PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the court.